UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KERMITT JOE BERNHART                                                   CIVIL ACTION

VERSUS

TIM HOOPER                                                                   NO. 23-00451-BAJ-EWD

RULING AND ORDER

Plaintiff, an individual confined at the Louisiana State Penitentiary, alleges that Defendant Tim Hooper violated Plaintiff's constitutional rights and seeks declaratory, monetary, and injunctive relief. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 5, the "Report")**, recommending that Plaintiff's claims be dismissed, with prejudice, as fanciful and frivolous. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and fanciful.

Judgment will issue separately.

                Baton Rouge, Louisiana, this 15th day of October, 2024

                _____
                **JUDGE BRIAN A. JACKSON**
                **UNITED STATES DISTRICT COURT**
                **MIDDLE DISTRICT OF LOUISIANA**